

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-13-00093-CV

JOHN KYLE KRAMER                                        APPELLANT

V.

WEIR SPM                                                    APPELLEE

-----------

## FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY

-----------

## ORDER

-----------

We have considered appellant's "Motion Requesting Clarification, And Court Order, Regarding Payment Of Certain Record Costs." Appellant contends that appellee should be required to pay for the additional items that it has requested to be included in the clerk's record and reporter's record because they are unnecessary.

We therefore abate this appeal and remand this cause to the trial court for a hearing to determine whether the requested supplemental materials are necessary to this appeal. Specifically,

(1) The trial court shall determine which, if any, of the additional documents requested by appellee to be included in the **clerk's record** are

unnecessary to the appeal in order to aid this court's decision whether to require appellee to pay the costs for the preparation of any unnecessary portion, s*ee* Tex. R. App. P. 34.5(b); and

(2) If the trial court finds that all or part of appellee's designated additions to the **reporter's record** are unnecessary to the appeal, then the trial court shall decide which party should initially pay the costs for the preparation of the unnecessary additions to the reporter's record and shall so order that party to pay those initial costs. *See* Tex. R. App. P. 34.6(c)(3).

The trial court shall conduct the hearing on or before **Monday, May 20, 2013,** and shall file with this court a supplemental record of the hearing, including a supplemental reporter's record of any live hearing and a supplemental clerk's record—containing findings of fact and any conclusions of law supporting the trial court's determinations and any supplemental orders—on or before **Tuesday, May 28, 2013.** This appeal shall be automatically reinstated upon the filing of the supplemental record.

Appellant's motion remains pending.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, the court reporter, and the trial court clerk.

DATED April 18, 2013.

PER CURIAM

2